

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00193-CR

_____

JASON WAYNE CROSSLAND, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2531028

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Jason Wayne Crossland was convicted by a Hopkins County jury for possession of fewer than 100 visual depictions of child pornography.[1]  *See* TEX. PENAL CODE ANN. § 43.26(d)(1).[2] Crossland appeals his conviction, arguing that the trial court erred in harmonizing two irreconcilable same-session amendments to Section 43.26(d) of the Texas Penal Code as it relates to his conviction in his companion appellate cause number 06-25-00192-CR.

Via a single consolidated brief, Crossland challenges the trial court's harmonizing of the amendments.  We address Crossland's argument in detail in our opinion addressing his appeal in appellate cause number 06-25-00192-CR, and we apply the same legal standard and analysis here as we did in the companion case.

We determine that the trial court did not err in harmonizing the amendments.

We affirm the trial court's judgment.


Scott E. Stevens
Chief Justice


Date Submitted:     April 21, 2026
Date Decided:       May 7, 2026

Do Not Publish

---

[1]In his companion appellate cause number 06-25-00192-CR, Crossland appeals his conviction for possession of a videotape depicting sexual assault of a child.  *See* TEX. PENAL CODE ANN. § 43.26 (Supp.).

[2]*See* Act of May 22, 2023, 88th Leg., R.S., ch. 1041, § 2, 2023 Tex. Gen. Laws 3349, 3340–41 (amended 2025) (current version at TEX. PENAL CODE § 43.26(d)(3)(A)).